**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 23-6140**

_____

UNITED STATES OF AMERICA,

        Plaintiff - Appellee,

    v.

TERRY L. ADAMS,

        Defendant - Appellant.

_____

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  Liam O'Grady, Senior District Judge.  (1:11-cr-00064-LO-1)

_____

Submitted:  January 30, 2024                            Decided:  February 5, 2024

_____

Before KING, AGEE, and THACKER, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Terry L. Adams, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Terry L. Adams appeals the district court's order denying his second motion for compassionate release under 18 U.S.C. § 3582(c)(1)(A).  Confining our review to the issues raised in the informal brief, *see* 4th Cir. R. 34(b); *Jackson v. Lightsey*, 775 F.3d 170, 177 (4th Cir. 2014) ("The informal brief is an important document; under Fourth Circuit rules, our review is limited to issues preserved in that brief."), we conclude that the district court did not abuse its discretion in finding that Adams failed to establish an extraordinary and compelling reason for granting his motion, *see United States v. Malone*, 57 F.4th 167, 172 (4th Cir. 2023) (stating standard).  Accordingly, we affirm the district court's judgment. *United States v. Adams*, No. 1:11-cr-00064-LO-1 (E.D. Va. Jan. 26, 2023).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

2